**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **JESSICA BAILEY WILCOX,** § <br> § <br> **Plaintiff,** § <br> § <br> **v.** § <br> § <br> **TX-11 ACQUISITIONS, LLC, MTPCS,** § <br> **LLC d/b/a/ CELLULAR ONE, AND** § <br> **TEXAS 10, LLC d/b/a CELLULAR ONE** § <br> § <br> § <br> **Defendants.** | **Civil Action No.  2-14-CV-46-JRG-RSP** |

## ORDER

Having consider Plaintiff Jessica Bailey Wilcox and Defendants TX-11 Acquisitions, LLC, MTPCS, LLC, and Texas 10, LLC's Joint Stipulation For Dismissal With Prejudice, the Court is of the opinion that the stipulation is well founded and should be GRANTED; and the Court accordingly:

ORDERS, ADJUDGES AND DECREES, that Plaintiff Jessica Bailey Wilcox's claims against Defendants TX-11 Acquisitions, LLC, MTPCS, LLC, and Texas 10, LLC as alleged in this lawsuit are dismissed with prejudice, with the costs and attorneys' fees taxed against the party incurring the same.

**SIGNED this 2nd day of December, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE